Shari Rusk, Bar No. 170313
Attorney at Law
1710 Broadway, #111
Sacramento, California 95818
Tel: (916) 804-8656
Fax: (916)443-1165
Email: Rusklaw@comcast.net

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, ) | Case No.: CR.S. 12-397 JAM |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER TO CONTINUE |
| ) | STATUS CONFERENCE |
| vs. ) | |
| ) | Court:  Hon. John A. Mendez |
| ) | Time:   9:45 a.m. |
| ) | Date:   January 15, 2013 |
| Rusty Rycraft., ) | |
| ) | |
| Defendant | |

Defendant Rusty Rycraft is charged in a two count indictment alleging violations of 21 U.S.C. §§s 841(a)(1) – possession with intent to distribute methamphetamine and 18 U.S.C. § 922(g)(1) – felon in possession of a firearm and 21 U.S.C. 853(a) – a criminal forfeiture count.  A status conference was previously set for December 11, 2012.  The government is producing discovery which counsel will need time to review with Mr. Rycraft.  The parties agree that the current status conference be continued to January 15, 2013 at 9:45 a.m., and that date is available with the Court.

///

///

///

-1-

The parties agree that time should be excluded under 18 U.S.C. § 3161(h)(8)(i) for defense preparation and under local code T4.

Dated: December 5, 2012           Respectfully submitted,


                                  __/s/ Shari Rusk___
                                  Shari Rusk
                                  Attorney for Defendant
                                  Rusty Rycraft


                                  /s/ Jill Thomas
                                  Jill Thomas
                                  Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.  The Court finds excludable time through January 15, 2013, based on Local Code T4, giving counsel reasonable time to prepare.

DATED: 12/5/2012

                                  /s/ John A. Mendez_____

                                  Hon. John A. Mendez
                                  United States District Court Judge