Shari Rusk, Bar No. 170313
Attorney at Law
1710 Broadway, #111
Sacramento, California 95818
Tel: (916) 804-8656
Fax: (916)443-1165
Email: Rusklaw@comcast.net

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | ) Case No.: CR.S. 12-397 JAM |
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE<br>) STATUS CONFERENCE |
| vs. | ) Court:  Hon. John A. Mendez<br>) Time:   9:45 a.m.<br>) Date:   February 19, 2013 |
| Rusty Rycraft, | ) |
| Defendant | |

Defendant Rusty Rycraft is charged in a two count indictment alleging violations of 21 U.S.C. §§s 841(a)(1) – possession with intent to distribute methamphetamine and 18 U.S.C. § 922(g)(1) – felon in possession of a firearm and 21 U.S.C. 853(a) – a criminal forfeiture count.  A status conference was previously set for January 15, 2013.  The government has produced initial discovery and all discovery will be provided prior to the next status conference.  The defense will need time to review all of the discovery with Mr. Rycraft.  The parties agree that the current status conference should be continued to February 19, 2013 at 9:45 a.m., allowing the parties time to prepare and that date is available with the Court.

///

-1-

PDF created with pdfFactory trial version www.pdffactory.com

///

///

The parties agree that time should be excluded under 18 U.S.C. § 3161(h)(8)(i) for defense preparation and under local code T4.

Dated: January 13, 2013          Respectfully submitted,


                                 __/s/ Shari Rusk___
                                 Shari Rusk
                                 Attorney for Defendant
                                 Rusty Rycraft



                                 /s/ Jill Thomas
                                 Jill Thomas
                                 Assistant United States Attorney


**ORDER**


     IT IS SO ORDERED.  The Court finds excludable time through February 19, 2013, based on Local Code T4, giving counsel reasonable time to prepare.

DATED:  1/14/2013
                                 /s/ John A. Mendez_____
                                 Hon. John A. Mendez
                                 United States District Court Judge

-2-

PDF created with pdfFactory trial version www.pdffactory.com