Shari Rusk, Bar No. 170313
Attorney at Law
1710 Broadway, #111
Sacramento, California 95818
Tel: (916) 804-8656
Fax: (916)443-1165
Email: Rusklaw@comcast.net

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| United States of America,<br><br>    Plaintiff,<br><br>  vs.<br><br><br>Rusty Rycraft,<br><br>    Defendant | ) Case No.: CR.S. 12-397 JAM<br>)<br>) STIPULATION AND ORDER TO CONTINUE<br>) STATUS CONFERENCE<br>)<br>) Court:  Hon. John A. Mendez<br>) Time:   9:45 a.m.<br>) Date:   April 16, 2013<br>)<br>) |
|---|---|

Defendant Rusty Rycraft is charged in a two count indictment alleging violations of 21 U.S.C. §§s 841(a)(1) – possession with intent to distribute methamphetamine and 18 U.S.C. § 922(g)(1) – felon in possession of a firearm and 21 U.S.C. 853(a) – a criminal forfeiture count.  A status conference was previously set for March 19, 2013.  The government has produced initial discovery and all discovery will be provided prior to the next status conference.  The defense continues to review all of the discovery with Mr. Rycraft. The defense will obtain state court records necessary for any guideline calculations in this matter. The parties agree that the current status conference should be continued to April 16, 2013 at 9:45 a.m., allowing the parties time to prepare and that date is available with the Court.

///

///

///

The parties agree that time should be excluded under 18 U.S.C. § 3161(h)(8)(i) for defense preparation and under local code T4.

Dated: March 13, 2013            Respectfully submitted,

                                        __/s/ Shari Rusk___
                                        Shari Rusk
                                        Attorney for Defendant
                                        Rusty Rycraft


                                        /s/ Jill Thomas
                                        Jill Thomas
                                        Assistant United States Attorney

**ORDER**


IT IS SO ORDERED.  The Court finds excludable time through April 16, 2013, based on Local Code T4, giving counsel reasonable time to prepare.

DATED:  3/13/2013

                                        /s/ John A. Mendez_____
                                        Hon. John A. Mendez
                                        United States District Court Judge