AO 247 (Rev. 11/11)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)            Page 1 of 2 (Page 2 Not for Public Disclosure)

Case 2:12-cr-00397-JAM   Document 37   Filed 11/18/15   Page 1 of 1

# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No:     2:12CR397 -01 |
| RUSTY ALLEN RYCRAFT | ) | |
| | ) | USM No:    69458-097 |

Date of Original Judgment:          2/25/2014

Date of Previous Amended Judgment:                                Hannah R. Labaree, AFD
*(Use Date of Last Amended Judgment if Any)*                      *Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of    X the defendant    ☐ the Director of the Bureau of Prisons    ☐ the court under 18 U.S.C.
§ 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has
subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C.
§ 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10
and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED.    X GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in*
*the last judgment issued)* of                135                months **is reduced to**              120 MONTHS              .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated          2/25/2014          shall remain in effect.
**IT IS SO ORDERED.**

Order Date:          11/18/2015                                        /s/ John A. Mendez
                                                                            *Judge's signature*

Effective Date:          11/18/2015                            JOHN A. MENDEZ, U.S. DISTRICT COURT JUDGE
                    *(if different from order date)*                      *Printed name and title*