PHILLIP A. TALBERT
United States Attorney
ALSTYN BENNETT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>RUSTY ALLEN RYCRAFT,<br><br>            Defendant. | CASE NO. 2:12-cr-00397-JAM<br><br>**STIPULATION AND ORDER**<br><br>DATE: April 23, 2024<br>TIME: 9:00 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for an admit/deny hearing on April 23, 2024.

2. The single charge in the Petition alleges a new law violation. The underlying conduct alleges that on December 22, 2023, defendant was arrested on charges for California Penal Code §§ 245(A)(2) – Assault with Deadly Weapon or Firearm on Person of Another and 29800(a)(1) – Possession of Firearm by Felon. The case is currently set for trial on May 13, 2024 in Sacramento County Superior Court (*People of the State of California v. Rusty Allen Rycraft*, Case No. 23FE020838). Accordingly, the parties request additional time for the state case to resolve prior to proceeding with resolution of the supervised release petition.

///

STIPULATION AND ORDER     1

3. By this stipulation, the parties now move to continue the admit/deny hearing until **June 18, 2024, at 9:00 a.m.**

IT IS SO STIPULATED.

Dated: April 15, 2024               PHILLIP A. TALBERT
                                    United States Attorney

                                    /s/ ALSTYN BENNETT
                                    ALSTYN BENNETT
                                    Assistant United States Attorney

Dated: April 15, 2024               /s/ TONI WHITE
                                    TONI WHITE
                                    Counsel for Defendant
                                    RUSTY ALLEN RYCRAFT

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED.

Dated: April 16, 2024               /s/ John A. Mendez
                                    THE HONORABLE JOHN A. MENDEZ
                                    SENIOR UNITED STATES DISTRICT JUDGE