TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
P.O. BOX 1081
El Dorado, CA. 95623
(530) 885-6244

Attorney for Defendant
RUSTY RYCRAFT

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>RUSTY RYCRAFT<br><br>        Defendant. | No. 2:12-cr-00397-JAM<br><br>**REQUEST AND ORDER**<br><br>Date:  June 18, 2024<br>Time:  9:00 am<br>Dept:  Honorable Judge John A. Mendez |

By previous order, this matter was set for an admit/deny hearing on June 18, 2024.

The single charge in the Petition alleges a new law violation. The underlying conduct alleges that on December 22, 2023, defendant was arrested on charges for California Penal Code §§ 245(A)(2) – Assault with Deadly Weapon or Firearm on Person of Another and 29800(a)(1) – Possession of Firearm by Felon. The matter is currently pending trial. The electronic docket has not been updated from today's court hearing but defense counsel is informed that the case will be back on next week for continued trial proceedings in the matter of Sacramento County Superior Court (*People of the State of California v. Rusty Allen Rycraft*, Case No. 23FE020838).

Defense counsel requests additional time for the state case to resolve prior to proceeding with resolution of the supervised release petition and requests that the court continue the disposition hearing until August 6, 2024.

Probation officer Steven Sheehan does not object to the continuance. The Government's counsel, Jason Hitt, has been provided with a draft of this stipulation but, as of the filing of this document, no response has been received.

Dated:  June 12, 2024                                        /s/ TONI WHITE
                                                            TONI WHITE
                                                            Counsel for Defendant
                                                            RUSTY RYCRAFT

**FINDINGS AND ORDER**

The Court, having received, read, and considered defense counsel's request, and good cause appearing therefrom, **ADOPTS** the request in its entirety as its order. The Court **VACATES** the June 18, 2024 admit/deny hearing and **RESETS** the matter for admit/deny hearing on **August 06, 2024, at 9:00 a.m.**

IT IS SO FOUND AND ORDERED.

Dated: June 12, 2024            /s/ John A. Mendez
　　　　　　　　　　　　　　　THE HONORABLE JOHN A. MENDEZ
　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE