TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
P.O. BOX 1081
El Dorado, CA. 95623
(530) 885-6244

Attorney for Defendant
RUSTY RYCRAFT

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RUSTY ALLEN RYCRAFT,<br><br>Defendant. | No. 2:12-cr-00397-JAM<br><br>**STIPULATION AND ORDER**<br><br>Date:  August 20, 2024<br>Time:  9:00 am<br>Dept:  Honorable Judge John A. Mendez |

The Government, by and through its counsels of record, Alstyn Bennett and Jason Hitt, and defendant Rusty Rycraft, by and through defendant's counsel of record, Toni White, hereby stipulate as follows:

1. By previous order, this matter was set for an admit/deny hearing on August 20, 2024.

2. The single charge in the Petition alleges a new law violation. The underlying conduct alleges that on December 22, 2023, defendant was arrested on charges for California Penal Code §§ 245(A)(2) – Assault with Deadly Weapon or Firearm on Person of Another and 29800(a)(1) – Possession of Firearm by Felon. Defense counsel is informed that the case will be back on calendar in state court on August 23, 2024 for continued proceedings in the matter of Sacramento

1

County Superior Court (*People of the State of California v. Rusty Allen Rycraft*, Case No. 23FE020838). Accordingly, the parties request additional time for the state case to resolve prior to proceeding with resolution of the supervised release petition.

3. By this stipulation, defendant now moves to continue the disposition hearing until September 17, 2024.

4. Neither the Government nor probation officer object to the continuance.

IT IS SO STIPULATED.

Dated: August 6, 2024

           PHILLIP A. TALBERT
           United States Attorney

           /s/ JASON HITT for
           ALSTYN BENNETT
           Assistant United States Attorney

Dated: August 6, 2024

           /s/ TONI WHITE
           TONI WHITE
           Counsel for Defendant
           RUSTY RYCRAFT

**FINDINGS AND ORDER**

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, **ADOPTS** the parties' stipulation in its entirety as its order. The Court **VACATES** the August 20, 2024 admit/deny hearing and **RESETS** the matter for admit/deny hearing on **September 17, 2024, at 9:00 a.m.**

IT IS SO FOUND AND ORDERED.

Dated: August 06, 2024          /s/ John A. Mendez
                                THE HONORABLE JOHN A. MENDEZ
                                SENIOR UNITED STATES DISTRICT JUDGE