TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
P.O. BOX 1081
El Dorado, CA. 95623
(530) 885-6244

Attorney for Defendant
RUSTY RYCRAFT

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>RUSTY ALLEN RYCRAFT,<br><br>　　　　Defendant. | No. 2:12-cr-00397-JAM<br><br>**STIPULATION AND ORDER CONTINUING ADMIT/DENY HEARING**<br><br>Date:　September 17, 2024<br>Time:　9:00 am<br>Dept:　Honorable Judge John A. Mendez |

The Government, by and through its counsel of record, Alstyn Bennett and Jason Hitt, and defendant Rusty Rycraft, by and through defendant's counsel of record, Toni White, hereby stipulate as follows:

1.　By previous order, this matter was set for an admit/deny hearing on September 17, 2024.

2.　The single charge in the Petition alleges a new law violation. The underlying conduct alleges that on December 22, 2023, defendant was arrested on charges for California Penal Code §§ 245(A)(2) – Assault with Deadly Weapon or Firearm on Person of Another and 29800(a)(1) – Possession of Firearm by Felon. That case was resolved and Mr. Rycraft was sentenced on August 23, 2024 in the matter of Sacramento County Superior Court (*People of the State of*

1

*California v. Rusty Allen Rycraft*, Case No. 23FE020838). Defense counsel needs time to obtain the records related to the underlying conviction and to continue to meet with Mr. Rycraft in light of the state court resolution.

3. By this stipulation, defendant now moves to continue the admit/deny hearing until October 22, 2024.

4. Neither the Government nor probation officer object to the continuance.

IT IS SO STIPULATED.

Dated: September 10, 2024

        PHILLIP A. TALBERT
        United States Attorney

        /s/ JASON HITT for
        ALSTYN BENNETT
        Assistant United States Attorney

Dated: September 10, 2024         /s/ TONI WHITE
        TONI WHITE
        Counsel for Defendant
        RUSTY RYCRAFT

**ORDER**

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court **VACATES** the September 17, 2024 admit/deny hearing and **RESETS** the matter for admit/deny hearing on **October 22, 2024, at 9:00 a.m.**

IT IS SO ORDERED.

Dated: September 13, 2024

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE